# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO GUTIERREZ, as an individual on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY, a New York corporation; SYLVAMO NORTH AMERICA, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-08460-JFW-RAO<br><br>*Removed from Los Angeles Superior Court, Case No. 22STCV33066*<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint filed: 10/7/2022<br>FAC filed: 1/27/23<br>Removal Date: 11/18/22<br>Trial Date: 12/5/23 |

Having read and considered the parties Stipulated Protective Order, FOR GOOD CAUSE SHOWN, the Court GRANTS the Stipulated Protective Order.

IT IS SO ORDERED.

Dated:  May 3, 2023

_____
HON. ROZELLA A. OLIVER
United States Magistrate Judge