# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-8460-JFW(RAOx)** | Date: January 29, 2024 |
| Title: | Rodolfo Gutierrez -v- International Paper Company, et al. | |

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT [filed 1/4/2024; Docket No. 57]

    On January 4, 2024, Plaintiff Rodolfo Gutierrez ("Plaintiff") filed a Motion for Preliminary Approval of Class and Representative Action Settlement ("Motion").  On January 12, 2024, Defendant International Paper Company ("Defendant") filed a Statement of Non-Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for February 5, 2024 is hereby vacated and the matter taken off calendar. After considering the moving papers and Statement of Non-Opposition, and the arguments therein, the Court rules as follows:

    For the reasons stated in the moving papers, the Court **GRANTS** Plaintiff's Motion.  The Court approves and signs the Proposed Order Granting Motion for Preliminary Approval of Class and Representative Action Settlement, lodged with the Court on January 4, 2024 (Docket No. 57-3).

    IT IS SO ORDERED.