# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO GUTIERREZ, as an individual on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY, a New York corporation,<br><br>Defendants. | Case No.: 2:22-cv-08460-JFW-RAOx<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT** |

## I.     RECITALS

WHEREAS, this action is pending before this Court as a putative class action and representative action under the California Private Attorneys General Act, Cal. Labor Code §§ 2698, et seq. ("PAGA");

WHEREAS, the Plaintiff has applied to this Court for Preliminary Approval of the Stipulation and Settlement Agreement of Class Action and PAGA Claims ("Stipulation"), which together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement and entry of judgment upon the terms and conditions set forth therein; and

WHEREAS, the Court having read and considered the Stipulation, Plaintiff's unopposed Motion for Preliminary Approval of Class and Representative Action Settlement, the Memorandum of Points and Authorities and the declarations in support thereof and the exhibits annexed thereto, and heard argument thereon, hereby finds and orders as follows.

## II.    FINDINGS

1.     That certification of the Settlement Class solely for purposes of settlement only is appropriate in that: 1) the Settlement Class Members are ascertainable and so numerous that joinder of all Class Members is impracticable; 2) the Settlement Class Members raise common questions of law and fact which predominate over individual questions; 3) Plaintiff's claims are typical of the claims of the Settlement Class Members; 4) Plaintiff and his counsel have fairly and adequately represented and protected the interests of the Settlement Class Members; and 5) a class action and class-wide resolution via class settlement procedures is superior to other available methods for the fair and efficient adjudication of the controversy.

2.     That the Stipulation, and the obligations of the Parties set forth therein, are fair, reasonable, and is an adequate settlement of this case in all respects, including the PAGA claims, and is in the best interests of the Settlement Class, in

light of the factual, legal, practical, and procedural considerations raised by this case.

3. That Plaintiff Rodolfo Gutierriez does not have any conflicts that would preclude him from serving as Class Representative, and that his appointment comports with the requirements of due process.

4. That Counsel for Plaintiff does not have any conflicts that would preclude them from acting as Class Counsel, and that they meet the requirements of the Federal Rules of Civil Procedure and applicable law for appointment as Class Counsel and the requirements of due process.

5. That Plaintiff's proposed plan for class notice and settlement administration is the best notice practicable under the circumstances and is in full compliance with the Federal Rules of Civil Procedure, applicable law, and the requirements of due process, and that the Notice of Class Action Settlement complies with the Federal Rules of Civil Procedure, applicable law, and the requirements of due process, and is appropriate as part of the proposed plan for notice to Class Members.

### III.   ORDER

**IT IS HEREBY ORDERED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 23, the proposed Settlement, as embodied in the terms of the Stipulation, is hereby preliminarily approved as a fair, reasonable, and adequate settlement of this case that is in the best interests of the Settlement Class Members, in light of the factual, legal, practical, and procedural considerations raised by this case. Pursuant to California Labor Code section 2699(*l*)(2), the proposed settlement of claims under PAGA also is approved as fair, reasonable, and adequate and in furtherance of the PAGA statutes. The Stipulation is incorporated by reference into this Order and is hereby preliminarily adopted as an Order of this Court.

2. Solely for the purpose of the settlement the Court hereby preliminarily and conditionally certifies the stipulated Settlement Class as defined in the Stipulation.

3. Plaintiff Rodolfo Gutierrez is hereby preliminarily appointed as Class Representative.

4. Zachary Crosner, Brandon Brouillette, and Jamie Serb of Crosner Legal, P.C., are preliminarily appointed as Class Counsel.

5. Phoenix Settlement Administrators is appointed as the Settlement Administrator.

6. The Parties' proposed plan for class notice and settlement administration is approved and adopted and the proposed Notice form (Exhibit A to the Stipulation) are approved by the Court.

7. On June 24, 2024, at 1:30 p.m., this Court will hold a Fairness Hearing to determine whether the Agreement should be finally approved as fair, reasonable, and adequate. All supporting papers, including the Plaintiff's request for attorneys' fees and costs, shall be filed no later than thirty-five (35) calendar days before the Fairness Hearing. This Court may order the Fairness Hearing be postponed, adjourned, or continued. If that occurs, the Parties will not be required to provide additional notice to the Settlement Class Members.

**IT IS SO ORDERED.**

DATED: January 29, 2024 _____
UNITED STATES DISTRICT JUDGE