Zachary M. Crosner (SBN 272295)
    E-Mail: zach@crosnerlegal.com
Jamie Serb (SBN 289601)
    E-Mail: jamie@crosnerlegal.com
Brandon K. Brouillette (SBN 273156)
    E-Mail: bbrouillette@crosnerlegal.com
**CROSNER LEGAL, PC**
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, CA 90210
Telephone: (310) 496-5818
Facsimile:  (310) 510-6429

Attorneys for Plaintiff
RODOLFO GUTIERREZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO GUTIERREZ, as an individual on behalf of himself and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>INTERNATIONAL PAPER COMPANY, a New York corporation,<br><br>          Defendants. | Case No.: 2:22-cv-08460-JFW-RAO<br><br>DECLARATION OF YAMI BURNS WITH RESPECT TO NOTICE AND SETTLEMENT ADMINISTRATION<br><br>Date:  June 24, 2024<br>Time: 1:30 p.m.<br>Place: Ctrm 7A<br><br>Hon. John F. Walter |

# DECLARATION OF YAMI BURNS

I, Yami Burns, declare as follows:

1.      I am a Case Manager at Phoenix Settlement Administrators ("Phoenix"), the Court-appointed Class Action Settlement Administrator for *Gutierrez v. International Paper Company* (the "Action"). I have personal knowledge of the facts stated herein and, if called upon to testify, I could and would testify competently to such facts.

2.      Phoenix was selected by the Parties to provide notice of the Settlement and perform class administration duties in this Action. Pursuant to the Stipulation and Settlement Agreement of Class Action and PAGA Claims ("Settlement Agreement" or "Settlement") for this matter, Phoenix was responsible for: (i) preparing, translating, printing, and mailing the *Notice of Class Action Settlement* ("Notice"); (ii) responding to inquiries from Class Members; (iii) calculating the number of weeks each Class Member worked during the period from July 1, 2021 through August 11, 2023 ("Class Period") and the number of pay periods that each Aggrieved Employee worked during the time period from July 1, 2021 through August 11, 2023 ("PAGA Period"); (iv) determining the validity of letters indicating a request to be excluded from the Class Settlement ("Requests for Exclusion"), written objections to the Class Settlement ("Objections"), and/or dispute regarding the number of  Workweeks submitted by Class Members; (v) calculating the Net Settlement Amount and the Individual Settlement Shares to Class Members; (vi) calculating and issuing the Individual Settlement Payments and distributing them to Settlement Class Members and Individual PAGA Payments to Aggrieved Employees; (vii) issuing the payment to Class Counsel for attorneys' fees and costs, the Service Award to Plaintiff, and the employer/employee payroll taxes to the appropriate taxing authorities; and (viii) such other tasks as set forth in the Settlement Agreement or as the Parties mutually agree or as the Court orders.

3.      On March 1, 2024, Phoenix received data files from Defense Counsel that contained names, last known mailing addresses, Social Security numbers, dates of employment, and pay periods for each Class Member ("Class List") during the Class Period. The final mailing list contained three thousand four hundred eighty-nine (3,489) individuals identified as Class Members.

---

**DECLARATION OF YAMI BURNS WITH RESPECT TO NOTICE AND SETTLEMENT ADMINISTRATION**

4.      On March 5, 2024, Phoenix conducted a National Change of Address ("NCOA") search in an attempt to update the class list of addresses as accurately as possible. A search of this database provides updated addresses for any individual who has moved in the previous four (4) years and notified the U.S. Postal Service of their change of address.

5.      On March 14, 2024, Phoenix mailed the Notice via U.S. first class mail, to all three thousand four hundred eighty-nine (3,489) Class Members on the Class List. A true and correct copy of the mailed Notice is attached hereto as **Exhibit A**.

6.      As of the date of this declaration, zero (0) Class Notices remain undeliverable.

7.      Phoenix has received one (1) Request for Exclusion from Class Members.  The deadline to request exclusion from the Class Settlement is May 13, 2024.  The individual who submitted the Request for Exclusion is Amber Maldonado.

8.      Phoenix has received zero (0) Notices of Objection from Class Members.  The deadline for objecting to the Class Settlement is May 13, 2024.

9.      Phoenix has received zero (0) Workweek dispute from Class Members.  The deadline for submitting a dispute is May 13, 2024.

10.      There are three thousand four hundred eighty-eight (3,488) Class Members who did not submit timely and valid Requests for Exclusion and are therefore deemed Settlement Class Members, representing 99.99% of the Class. Settlement Class Members have worked a collective total of two hundred sixteen thousand three hundred sixty-seven (216,367) Pay Periods during the Class Period. Each Pay Period is valued at approximately $1.30.

11.      The Net Settlement Amount of $281,601.32 available to pay Settlement Class Members was determined by subtracting the requested Class Counsel attorneys' fees ($125,000.00), and Class Counsel costs ($19,669.68), requested Service Payment to Plaintiff ($7,500.00), the PAGA Amount ($22,500.00), Employer Taxes ($8,729.00), and the requested Settlement Administration Costs ($27,500.00) from the Gross Settlement Amount ($500,000.00).

12.      Based upon the calculations stipulated in the Settlement, the highest Individual Settlement Share to be paid is approximately $144.47, the lowest Individual Settlement Share to be paid is approximately $1.30, while the average Individual Settlement Share to be paid is

**DECLARATION OF YAMI BURNS WITH RESPECT TO NOTICE AND SETTLEMENT ADMINISTRATION**

approximately $80.73. Settlement Class Members will be issued payment of their Individual Settlement Shares subject to reduction for the employee's share of taxes and withholdings with respect to the wages portion of the Individual Settlement Share (the net payment is their "Individual Settlement Payment").

13.    Additionally, $30,000.00 of the Gross Settlement Amount has been allocated toward penalties under the Private Attorneys General Act ("PAGA Amount"), of which 75%, or $22,500.00, shall be paid to the Labor and Workforce Development Agency ("LWDA"), and 25%, or $7,500.00, of which shall be paid to all current and former hourly non-exempt individuals who are or were employed by Defendant during the PAGA Period. There are three thousand four hundred eighty-four (3,484) Aggrieved Employees who worked a total of one hundred five thousand eight hundred eighteen (105,818) pay periods during the PAGA Period. The highest Individual PAGA Payment to be paid is approximately $3.97, and the average Individual PAGA Payment to be paid is approximately $2.15.

14.    Phoenix's costs associated with the administration of this matter are $27,500.00. This includes all costs incurred to date, as well as estimated costs involved in completing the settlement distribution. A true and correct copy of the invoice from Phoenix is attached hereto as **Exhibit B**.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of May 2024, at Orange, California.

_Yami Burns_
YAMI BURNS

**DECLARATION OF YAMI BURNS WITH RESPECT TO NOTICE AND SETTLEMENT ADMINISTRATION**

# Exhibit A

### NOTICE OF CLASS ACTION SETTLEMENT

***Gutierrez v. International Paper Company***

United States District Court, Central District of California, Case No. 2:22-cv-08460-JFW-RAO

**PLEASE READ THIS NOTICE CAREFULLY. YOUR LEGAL RIGHTS ARE AFFECTED WHETHER YOU ACT OR NOT.**

*This Court authorized this notice. This is not a solicitation from a lawyer.*

A proposed class action settlement has been reached between the parties in the above-entitled case and preliminarily approved by the Court as described below. You have received this notice because International Paper Company's records indicate that you are one of the individuals who is entitled to participate in the settlement. If you were employed by International Paper Company ("International Paper"), as a non-exempt employee, in the State of California at any time from July 1, 2021, through August 11, 2023, you are eligible to receive a payment from the settlement.

| |
|---|
| Your settlement payment is estimated to be approximately [INSERT payment amount]. |
| International Paper's records indicate that: |
| You are a member of the CLASS (as defined on page 2) and worked a total of [INSERT # of workweeks] workweeks during the Class Period (July 1, 2021 – August 11, 2023): |

The Settlement resolves a class action lawsuit alleging claims against International Paper based on unpaid reimbursements; wage statement violations; unpaid wages, including minimum wages, regular wages, overtime and double overtime wages; failure to provide meal periods or meal period premiums; failure to provide rest periods or rest period premiums; failure to timely pay all wages due upon separation of employment; failure to maintain and provide accurate records; and unfair business practices premised on alleged violations of the California Labor Code. International Paper denies all allegations in the lawsuit and maintains it has fully complied with the law.

The parties have reached a Settlement to avoid the costs and risks of further litigation. The Settlement provides cash payments to Participating Settlement Class Members based on the total number of workweeks worked by members of the CLASS as a non-exempt employee of International Paper in California during July 1, 2021 – August 11, 2023, as described below.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **DO NOTHING** | If you want to participate in the settlement and receive your share of the settlement proceeds, then you should do nothing and do not request exclusion; you will receive your portion of the settlement funds. In return you will give up certain rights and will be bound by the Settlement Agreement and the Release of Claims. |
| **OBJECT** | You may object and tell the Court why you don't like the settlement. If the Court approves the settlement despite your objection, you will still be bound by the settlement and subject to the Release of Claims. |
| **REQUEST EXCLUSION FROM THE SETTLEMENT** | If you wish to be excluded from the settlement, you must submit a written Request for Exclusion according to the instructions contained in this Notice. If you submit a Request for Exclusion, you will not be bound by the Settlement (including, but not limited to the Released Claims described under section 6) but you will not receive any payment under to the settlement. You will also not be able to object to the settlement. |

- **Your options are more fully explained below. The deadline to submit an objection or request exclusion is May 13, 2024.**

| **1.** | **WHO IS IN THE CLASS?** |
|---|---|

International Paper's records show that you are a member of the CLASS, which is defined as:

> CLASS: "All individuals who worked for International Paper Company in the State of California as non-exempt employees during the Class Period [defined as July 1, 2021, through August 11, 2023]."

| **2.** | **WHY DID I RECEIVE THIS NOTICE?** |
|---|---|

You received this notice because International Paper's records show that you were employed by International Paper as a non-exempt employee at some time between July 1, 2021, and August 11, 2023. This means that you have a right to know about a proposed settlement of a class action lawsuit that affects you.

The Plaintiff and International Paper have entered into a Stipulation and Settlement Agreement of Class Action Claims ("Settlement Agreement") that will, if finally approved by the Court, fully resolve this case. The Settlement Agreement sets forth the details of the settlement. You may obtain a copy of the Settlement Agreement from either the Claims Administrator or Class Counsel. The proposed Settlement Agreement has been submitted to the Court and has been preliminarily approved for settlement purposes. The Court also appointed the law firm of Crosner Legal P.C. as Class Counsel to represent you and the Settlement Class.

As a member of the CLASS, you are entitled to share in the funds available for settlement of this class action. You are not being sued and you will not be individually responsible for any of the attorneys' fees or expenses of the litigation, as the settlement requires those amounts to be paid by International Paper. Your rights will be affected by the Settlement Agreement described in this Notice whether you act or not.

The Court must finally approve the terms of the settlement described below as fair and reasonable to the Settlement Class, before it will take effect. If approved, the settlement will affect all Class Members who do not exclude themselves from the Settlement Class. An administrator that has been appointed by the Court will make all approved settlement payments after the Court orders them.

| 3. | WHAT IS THIS CASE ABOUT? |
|---|---|

Rodolfo Gutierrez, Jr. ("Plaintiff"), a former employee of International Paper, filed a class action lawsuit in Los Angeles Superior Court, which was subsequently removed to the United States District Court, Central District of California. The Plaintiff, individually and on behalf of all other non-exempt employees, alleges claims against International Paper based on unpaid reimbursements; wage statement violations; unpaid wages, including minimum wages, regular wages, overtime and double overtime wages; failure to provide meal periods or meal period premiums; failure to provide rest periods or rest period premiums; failure to timely pay all wages due upon separation of employment; failure to maintain and provide accurate records; unfair business practices premised on alleged violations of the California Labor Code, and penalties under the California Private Attorneys General Act ("PAGA"). Plaintiff alleges that International Paper violated California Labor Code sections 201-204, 221-224, 226, 226.7, 510, 512, 1194, 1197, 1197.1, 1198, and 2802, and California's Unfair Competition Law, Business and Professions Code Section 17200 *et seq.* Plaintiff also claims entitlement to civil penalties under the California Labor Code Private Attorneys General Act, California Labor Code section 2698, *et seq.* ("PAGA").

International Paper denies all the claims and contentions alleged in the lawsuit and maintains it has fully complied with the law.

The Court has made no decision on whether the claims in this lawsuit have merit.

| 4. | WHAT ARE THE SETTLEMENT TERMS AND HOW MUCH CAN I EXPECT TO RECEIVE IF I PARTICIPATE? |
|---|---|

The Court did not issue a final decision about the case. Instead of further litigation, which could have taken years with no certainty of outcome, both sides agreed to a class-wide settlement. That way, they avoid the cost of a trial and appeals, and the Class Members will get compensation sooner. Plaintiff and his lawyers believe the settlement set forth below is best for the Class Members.

### a.    Summary of Settlement Terms

International Paper will pay five hundred thousand dollars ($500,000) to settle this case (the "Total Settlement Amount"). From that amount, payments will be made to Class Counsel for court-approved attorneys' fees and costs, to the Claims Administrator for administration costs, to the California Labor and Workforce Development Agency for penalties, and to the Plaintiff as a service award for his representation of the CLASS. After deduction of these amounts, the remainder – the "Net Settlement Fund" – of approximately $281,271.00 will be distributed to Participating Settlement Class Members due to membership in the CLASS, as defined above in section 1.

The Settlement Awards paid to Class Members shall be calculated as follows:

The Net Settlement Fund shall be allocated to the CLASS. The pay periods for all Class Members shall be added together, and the amount of the Net Settlement Fund allocated to the CLASS shall be divided by the total number of pay periods to obtain a per pay period settlement amount. The Settlement Award for each Class Member shall be calculated by multiplying the individual member's number of pay periods by the per pay period Class settlement amount.

### b.    Calculation of Individual Class Member Payments

Your Total Potential Settlement Award (i.e. the minimum amount you will receive if you do not submit a Request for Exclusion) will be calculated using the total number of pay periods you worked for International Paper during the Class Period (January July 1, 2021, and August 11, 2023). The actual Settlement Award will vary depending on the number of Class Members that exclude themselves from the Settlement.

### c.    Who will receive settlement payments?

Any Class Member who was employed by International Paper in California as a non-exempt employee from January July 1, 2021, and August 11, 2023, and who has (1) not submitted a timely Request for Exclusion; and (2) has cashed his or her Settlement Payment check within one hundred and eighty (180) days after mailing of their Settlement Payment Checks by the Claims Administrator.

### d.    How much can I expect to receive?

The estimated payment on this Notice states the estimated amount you can expect to receive if you participate in the settlement. This amount is based on International Paper's employment records of your total number of pay periods worked for International Paper from July 1, 2021, and August 11, 2023.

The estimated payment amount may be reduced or increased, however, based on the number of Participating Settlement Class Members, the number of Requests for Exclusion submitted, whether additional class members are identified or come forward, the potential reallocation of some of the unclaimed funds to Participating Settlement Class Members, and the terms of the Court's final approval order.

#### (1)    Applicable Tax Withholding and Responsibility for Taxes

Settlement Awards to Participating Settlement Class Members due to their membership in the CLASS are allocated for tax purposes as follows: (1) One fifth (1/5) of each payment will be considered as wages; and (2) four fifths (4/5) of the payment will be treated as interest and penalties. In accordance with applicable tax laws, required tax withholdings will be taken from each Participating Settlement Class Members' 1/5 payment representing wages and remitted to the appropriate taxing authorities. Participating Settlement Class

Members will be responsible for the tax consequences of all payments received by them, for filing returns and reporting all income received to state and federal taxing authorities, and for payment of any other applicable taxes due. The parties to the case cannot provide and will not provide any advice regarding tax obligations. You should seek tax advice as to any amounts you receive pursuant to the Settlement from your own tax advisor.

(2)    Unclaimed Amounts/Uncashed Checks

Class Members shall have one hundred and eighty (180) days after mailing of the Settlement Payment checks by the Claims Administrator to cash their Settlement Payment checks. If such Class Members do not cash their checks within this period, the Claims Administrator shall provide the unclaimed funds to California Controller's Unclaimed Property Fund. Whether or not such Class Members receive any payment due to their failure to timely cash their Settlement Payment checks, the terms of the Settlement Agreement shall be binding upon them.

**e.    Additional payments to the Named Plaintiff**

The Court has also preliminarily approved a payment of $7,500 to Plaintiff as a service award. The service award will be paid from the Total Settlement Amount. The service award is to compensate Plaintiff for his risk incurred and time and efforts in assisting with the prosecution of the Action on behalf of the Class Members and in return for executing a General Release of all Claims against the Released Parties, which is broader than the release applicable to the Settlement Class Members who are not a named plaintiff.

**f.    Attorneys' fees and costs for Class Counsel**

All payments for Class Counsel's attorneys' fees and costs will be deducted from the Total Settlement Amount. Class Counsel will apply to the Court for final approval of their attorneys' fees and costs. The attorneys for the Class will ask for reimbursement of their costs up to $20,000.00 actually incurred in litigating this case and for fees of up to $125,000.00 The amount of fees and costs awarded will be determined by the Court, and will be paid from the Total Settlement Amount paid by International Paper.

**g.    Settlement Administration Costs**

Costs incurred by the Claims Administrator in connection with providing Notice to the Class, receiving and determining challenges to estimated settlement payment amounts, receiving and forwarding to the Court and the parties Requests for Exclusion and objection letters received, if any, and calculating and distributing payments due to Participating Settlement Class Members and others entitled to settlement payment under the terms of the Settlement Agreement as approved by the Court, will be paid from the Total Settlement Amount up to a maximum of $27,500.00. The Claims Administrator is:

c/o Phoenix Settlement Administrators
P.O. Box 7208, Orange, CA 92863
Telephone: (800) 523-5773

**h.    Payment to the California Labor and Workforce Development Agency**

$30,000.00 of the Total Settlement Sum will be allocated as penalties authorized by the Private Attorneys General Act, of which $22,500.00 will be paid to the California Labor and Workforce Development Agency and $7,500.00 will be paid to PAGA Group Members, including members of the Reimbursement PAGA Subgroup, according to their proportional share, which will be calculated and will be based upon the total number of pay periods they worked as nonexempt employees in California during the PAGA Period. The PAGA Period is the same as the Class Period, July 1, 2021, through August 11, 2023. The individual share will be calculated by determining the total cumulative number of pay periods at issue and dividing that number into the $30,000 amount allocated to PAGA Group Members to determine the monetary value assigned to each pay period. That number will then be multiplied by the individual PAGA Group Member's total number of pay periods employed during the PAGA Timeframe Period to determine that individual's proportional share.

**i.    All Payments Subject to Court Approval**

All of the payments listed above will be made if and only if the Court grants final approval of the Settlement Agreement based on its finding that the settlement is reasonable, fair, and adequate for the Class. The amounts of the payments may be adjusted by the Court.

**5.    WHAT ARE MY OPTIONS?**

You may participate in the settlement, in which case you need not take any action as this will occur automatically. Alternatively, you can request exclusion from the settlement or object to the settlement. The option you choose affects whether you receive a settlement payment and whether you give up certain rights. These options are also summarized in the chart on the first page of this Notice.

**a.    HOW DO I REQUEST TO BE EXCLUDED FROM THE SETTLEMENT?**

If you do not wish to participate in the Settlement, you may exclude yourself ("opt out") by sending a Request for Exclusion to the Claims Administrator listing your name, address, and the last four digits of your social security number along with the following statement:

"I wish to be excluded from the *Gutierrez v. International Paper* Class Settlement."

The Request for Exclusion must be completed, signed, dated, and returned to the Claims Administrator as follows:

Gutierrez v. International Paper
c/o Phoenix Settlement Administrators
P.O. Box 7208, Orange, CA 92863

Any person who submits a timely Request for Exclusion shall, upon receipt, no longer be a member of the Settlement Class, shall be barred from participating in any portion of the Settlement, and shall receive no money from the Settlement. Any such person, at his/her own expense, may pursue any claims he/she may have against International Paper. However, there are deadlines to pursuing such claims, known as statutes of limitation. Please consult an attorney of your choice to ensure you are not forever barred from pursuing a claim if you decide to opt out of this Settlement.

A Class Member who does not complete and mail a timely Request for Exclusion will automatically be included in the Settlement, will receive an individual settlement share, and be bound by all terms and conditions of the Settlement, if the Settlement is approved by the Court, and by the Judgment, regardless of whether he or she has objected to the Settlement.

THE REQUEST FOR EXCLUSION MUST BE POSTMARKED NO LATER THAN MAY 13, 2024.

**b.    HOW DO I OBJECT TO THE SETTLEMENT?**

You may object to the terms of the Settlement before final approval. If you choose to object to the Settlement, you may represent yourself or hire your own attorney. You must file a written objection and notice of intention to appear at the Final Approval Hearing described below in Section 10. You must send these documents, along with any briefs, exhibits, and/or other material that you wish the Court to consider to the Claims Administrator.

Any objections should state each specific reason for your objection and any legal support for each objection. To be valid and effective, any objections to the proposed Settlement must be sent to the Claims Administrator and postmarked by May 13, 2024.

If you have satisfied the requirements set forth above, you have the right to address the Court at the hearing scheduled for June 24, 2024, at 1:30 p.m., before the Honorable John F. Walter, United States District Court, Central District of California, 350 W. 1st Street, Los Angeles, CA 90012, Courtroom 7A. For your objections to be considered, you cannot also submit a Request for Exclusion.

IF THE COURT REJECTS YOUR OBJECTION AND APPROVES THE SETTLEMENT, YOU WILL BE BOUND BY THE TERMS OF THE SETTLEMENT.

| 6. | RELEASED CLAIMS -- WHAT WILL I GIVE UP IF I PARTICIPATE IN THE SETTLEMENT? |
|---|---|

Upon the final approval of the Settlement by the Court, each member of the Settlement Class (other than opt-outs), will have released all wage-and-hour claims, demands, rights, liabilities, costs, penalties, interest, and attorney's fees for all claims in the Complaint, the PAGA notice, and all claims that could have been pled arising out of similar operative facts, conduct, and/or omissions including but not limited to claims for (1) unpaid reimbursements; (2) wage statement violations; (3) unpaid wages, including minimum wages, regular wages, overtime and double overtime wages; (4) failure to provide meal periods or meal period premiums; (5) failure to provide rest periods or rest period premiums; (6) failure to timely pay all wages due upon separation of employment; (7) failure to maintain and provide accurate records; (8) unfair business practices premised on alleged violations of the California Labor Code; (9) penalties under the California Private Attorneys General Act ("PAGA"). The Released Claims do not cover or include (1) claims for Workers' Compensation, (2) claims for unemployment or disability payments, (3) claims for discrimination, retaliation or harassment under Title VII or California's Fair Employment and Housing Act, (4) tort claims, or (5) any other claims that cannot be released as a matter of law. The Released Claims shall run during the entire Class Period. As of the Effective Date of Settlement, each Class Member who has not filed a valid Request for Exclusion shall be deemed to have fully, finally, and forever released, relinquished, and discharged all Released Claims. This waiver and release of claims shall be binding on the Named Plaintiff and all members of the Class who have not timely submitted a valid Request for Exclusion, including each of their respective attorneys, agents, spouses, executors, representatives, guardian's ad litem, heirs, successors, and assigns, and shall inure to the benefit of the Released Parties.

Class Members who do not exclude themselves from the settlement will be considered to have accepted the release and to have waived any and all of the Released Claims against the Released Parties.

The "Released Parties" means International Paper Company and any agents, officers, directors, stockholders, parent corporations, subsidiaries, affiliates, partners, investors, owners, related organizations, attorneys, predecessors or successors in interest, insurers, and assigns, and all agents, employees, officers, directors, members, managers, holding companies, insurers, and attorneys thereof.

| 7. | WILL I BE SUBJECT TO DISCIPLINE BASED ON WHETHER I PARTICIPATE IN THE SETTLEMENT? |
|---|---|

California law protects individuals and employees from retaliation based on their decision to participate or not participate in a class action settlement. International Paper is prohibited by law from retaliating in any way based on your decision to participate or not participate in the settlement. Your decision to participate, not participate, or object to this Settlement will not impact your employment with International Paper or International Paper's treatment of you as a former employee.

| 8. | WHO ARE THE LAWYERS REPRESENTING THE PARTIES? |
|---|---|

Attorneys for Plaintiff and the Class:

Brandon K. Brouillette
Zachary M. Crosner
Jamie Serb
CROSNER LEGAL, PC

Attorneys for International Paper:

Danielle H. Moore
Aaron F. Olsen
Christopher M. Champine
FISHER & PHILLIPS LLP

9440 Santa Monica Boulevard, Suite 301
Beverly Hills, CA 90210
Telephone: (310) 496-5818
Email: bbrouillette@crosnerlegal.com
        zach@crosnerlegal.com
        jamie@crosnerlegal.com

4747 Executive Drive, Suite 100
San Diego, CA 92121
Telephone: 858.597.9601
Email: dmoore@fisherphillips.com
        aolsen@fisherphillips.com
        cchampine@fisherphillips.com

| 9. | WHERE CAN I GET ADDITIONAL INFORMATION? |
|---|---|

This Notice only summarizes this lawsuit, the settlement, and related matters. For the precise terms and conditions of the Settlement, please see the Settlement Agreement, approval papers (including motion for attorneys' fees and costs), and other documents in this Lawsuit, by accessing gutierrez-v-international-paper-company.phoenixcases.com by contacting Class Counsel at their contact information above, by contacting the settlement administrator at their contact information listed below, by accessing the Court docket in this case (for a fee) through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Central District of California, 350 W. 1st Street, Los Angeles, CA 90012, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

If you want more information, please contact the following court-appointed neutral third-party Claims Administrator:

**Gutierrez v. International Paper Claims Administrator**
**c/o Phoenix Settlement Administrators**
**P.O. Box 7208**
**Orange, CA 92863**
**Telephone: (800) 523-5773**

| 10. | FINAL APPROVAL HEARING |
|---|---|

The United States District Court, Central District of California will hold a hearing in Courtroom 7A located at 350 W. 1st Street, Los Angeles, CA 90012 on June 24, 2024, at 1:30 p.m., to determine whether the Settlement should be finally approved as fair, reasonable, and adequate. The Court will be asked to approve Class Counsel's request for attorneys' fees and litigation costs and the service award to be paid to the Plaintiff. The hearing may be continued without further notice to the Settlement Class. It is not necessary for you to appear at this hearing unless you object to the proposed Settlement and you have timely filed an objection with the Claims Administrator. Please continue to check the Court's PACER website and/or the Administrator's website to confirm whether the final approval hearing date and time has changed.

**PLEASE DO NOT TELEPHONE THE COURT FOR INFORMATION REGARDING THIS SETTLEMENT OR THE CLAIM PROCESS.**

## AVISO DE ACUERDO DE DEMANDA COLECTIVA

### *Gutiérrez contra International Paper Company*

Tribunal de Distrito de los Estados Unidos, Distrito Central de California, Caso nº 2:22-cv-08460-JFW-RAO

**LE ROGAMOS QUE LEA ATENTAMENTE ESTE AVISO. SUS DERECHOS LEGALES SE VERÁN AFECTADOS TANTO SI ACTÚA COMO SI NO.**

*Este Tribunal autorizó este aviso. No se trata de una solicitud de un abogado.*

Se ha alcanzado un Acuerdo de Demanda colectiva propuesto entre las partes en el caso arriba mencionado y aprobado preliminarmente por el Tribunal, tal y como se describe a continuación. Usted ha recibido este aviso porque los registros de International Paper Company indican que usted es una de las personas con derecho a participar en el Acuerdo. Si usted estuvo empleado por International Paper Company ("International Paper"), como empleado no exento, en el Estado de California en cualquier momento desde el 1 de julio de 2021 hasta el 11 de agosto de 2023, tiene derecho a recibir un pago del Acuerdo.

> El pago de su Acuerdo se estima en aproximadamente [INSERT payment amount].
>
> Los registros de International Paper indican que:
>
> Usted es miembro de la Clase (según se define en la página 2) y trabajó un total de [INSERT # of workweeks] semanas laborales durante el Período de la Clase (1 de julio de 2021 - 11 de agosto de 2023):

El Acuerdo resuelve una Demanda colectiva que alega reclamaciones contra International Paper basadas en reembolsos impagados; infracciones de las declaraciones salariales; salarios impagados, incluidos salarios mínimos, salarios regulares, horas extraordinarias y salarios dobles por horas extraordinarias; no proporcionar periodos de comida o primas por periodos de comida; no proporcionar periodos de descanso o primas por periodos de descanso; no pagar puntualmente todos los salarios debidos tras la separación del empleo; no mantener y proporcionar registros precisos; y prácticas comerciales desleales basadas en supuestas infracciones del Código Laboral de California. International Paper niega todas las acusaciones de la Demanda y mantiene que ha cumplido plenamente la ley.

Las partes han llegado a un Acuerdo para evitar los costes y riesgos de un litigio posterior. El Acuerdo proporciona pagos en efectivo a los Miembros Participantes de la Clase basados en el número total de Semanas Laborales trabajadas por los Miembros PARTICIPANTES DE LA Clase como empleados no exentos de International Paper en California durante el 1 de julio de 2021 al 11 de agosto de 2023, tal y como se describe a continuación.

| SUS DERECHOS Y OPCIONES LEGALES EN ESTE ACUERDO: | |
|---|---|
| **NO HACER NADA** | Si desea participar en el Acuerdo y recibir su parte de los fondos del Acuerdo, no debe hacer nada y no solicite la exclusión; recibirá su parte de los fondos del Acuerdo. A cambio, renunciará a ciertos derechos y quedará vinculado por el Acuerdo de conciliación y el descargo de responsabilidad. |
| **OBJETAR** | Puede objetar y decirle al Tribunal por qué no le gusta el Acuerdo. Si el Tribunal aprueba el Acuerdo a pesar de su objeción, seguirá estando obligado por el Acuerdo y sujeto a la Exoneración de Reclamaciones. |
| **SOLICITAR EXCLUIRSE DEL ACUERDO** | Si desea ser excluido del Acuerdo, debe presentar una Solicitud de Exclusión por escrito siguiendo las instrucciones contenidas en este Aviso. Si presenta una Solicitud de Exclusión, no quedará vinculado por el Acuerdo (incluidas, entre otras, las Reclamaciones Exoneradas descritas en la sección 6) pero <u>no</u> recibirá ningún pago en virtud del Acuerdo. <u>Tampoco podrá oponerse al Acuerdo</u>. |

- **Sus opciones se explican con más detalle a continuación. La fecha límite para presentar una objeción o solicitar la exclusión es el 13 de mayo de 2024.**

| 1. | **¿QUIÉN ESTÁ EN LA CLASE?** |
|---|---|

Los registros de International Paper muestran que usted es miembro de la Clase, que se define como:

> Clase: "Todos los individuos que trabajaron para International Paper Company en el Estado de California como empleados no exentos durante el Periodo de la Clase [definido del 1 de julio de 2021 al 11 de agosto de 2023]".

| 2. | **¿POR QUÉ HE RECIBIDO ESTE AVISO?** |
|---|---|

Ha recibido este aviso porque los registros de International Paper muestran que usted estuvo empleado por International Paper como empleado no exento en algún momento entre el 1 de julio de 2021 y el 11 de agosto de 2023. Esto significa que tiene derecho a conocer el Acuerdo propuesto de una Demanda colectiva que le afecta.

La Parte Demandante e International Paper han suscrito una Estipulación y Acuerdo de Conciliación de Reclamaciones de Acción Colectiva ("Acuerdo de Conciliación") que, si finalmente es aprobado por el Tribunal, resolverá completamente este caso. El Acuerdo de conciliación establece los detalles del Acuerdo. Puede obtener una copia del Acuerdo de conciliación solicitándola al Administrador de reclamaciones o al Abogado de la Clase. El Acuerdo de conciliación propuesto ha sido presentado al Tribunal y ha sido aprobado de forma preliminar a efectos de conciliación. El Tribunal también ha designado al bufete de abogados Crosner Legal P.C. como Abogado de la Clase para representarle a usted y a la Clase del Acuerdo.

Como miembro de la Clase de Demandantes, tiene derecho a participar en los fondos disponibles para el Acuerdo de esta Demanda colectiva. Usted <u>no</u> está siendo Demandado y no será responsable individualmente de ninguno de los honorarios de abogados o gastos

del litigio, ya que el Acuerdo requiere que esas cantidades sean pagadas por International Paper. Sus derechos se verán afectados por el Acuerdo de conciliación descrito en este aviso tanto si actúa como si no.

El Tribunal debe aprobar definitivamente los términos del Acuerdo que se describen a continuación como justos y razonables para la Clase del Acuerdo, antes de que entre en vigor. Si se aprueba, el Acuerdo afectará a todos los Miembros de la Clase que no se excluyan de la Clase del Acuerdo. Un administrador que ha sido designado por el Tribunal realizará todos los pagos del Acuerdo aprobado una vez que el Tribunal lo ordene.

| 3. | ¿DE QUÉ TRATA ESTE CASO? |
|---|---|

Rodolfo Gutiérrez, Jr. ("Demandante"), ex empleado de International Paper, presentó una Demanda colectiva en el Tribunal Superior de Los Ángeles, que posteriormente fue trasladada al Tribunal de Distrito de los Estados Unidos, Distrito Central de California. El Demandante, individualmente y en nombre de todos los demás empleados no exentos, alega reclamaciones contra International Paper basadas en reembolsos no pagados; violaciones de las declaraciones salariales; salarios no pagados, incluidos salarios mínimos, salarios regulares, horas extraordinarias y salarios dobles por horas extraordinarias; no proporcionar periodos de comida o primas por periodos de comida; no proporcionar períodos de descanso o primas por períodos de descanso; no pagar puntualmente todos los salarios debidos tras la separación del empleo; no mantener y proporcionar registros precisos; prácticas comerciales desleales basadas en supuestas violaciones del Código Laboral de California, y sanciones en virtud de la Ley General de Abogados Privados de California ("PAGA"). El Demandante alega que International Paper infringió las secciones 201-204, 221-224, 226, 226.7, 510, 512, 1194, 1197, 1197.1, 1198 y 2802 del Código Laboral de California, así como la Ley de Competencia Desleal de California, sección 17200 *y siguientes* del Código de Negocios y Profesiones. El Demandante también reclama el derecho a sanciones civiles en virtud de la Ley General de Abogados Privados del Código Laboral de California, Código Laboral de California, sección 2698 *y siguientes* ("PAGA").

International Paper niega todas las reclamaciones y argumentos alegados en la Demanda y mantiene que ha cumplido plenamente con la ley.

El Tribunal no ha tomado ninguna decisión sobre si las reclamaciones de esta Demanda tienen fundamento.

| 4. | ¿CUÁLES SON LAS CONDICIONES DEL ACUERDO Y CUÁNTO PUEDO ESPERAR RECIBIR SI PARTICIPO? |
|---|---|

El Tribunal no emitió una decisión final sobre el caso. En lugar de seguir litigando, lo que podría haber llevado años sin certeza de resultado, ambas partes acordaron un Acuerdo para toda la clase. De ese modo, evitan el coste de un juicio y las apelaciones, y los miembros de la Demanda colectiva obtendrán antes una indemnización. El Demandante y sus abogados creen que el Acuerdo que se expone a continuación es el mejor para los miembros de la Clase.

### a.    Resumen de los términos del Acuerdo

International Paper pagará quinientos mil dólares ($500,000) para llegar a un Acuerdo en este caso (el "Monto Total del Acuerdo"). De esa cantidad, se realizarán pagos al Abogado de la Clase por los honorarios y costes de los abogados aprobados por el tribunal, al Administrador de Reclamaciones por los costes de administración, a la Agencia para el Desarrollo Laboral y de la Mano de Obra de California por las sanciones, y al Demandante como premio de servicio por su representación de la Clase. Una vez deducidas estas cantidades, el resto -el "Fondo Neto del Acuerdo"- de aproximadamente INSERT - $XXXXXXX se distribuirá entre los Miembros Participantes de la Clase del Acuerdo por participar en la Clase, tal y como se define anteriormente en la sección 1.

Las indemnizaciones del Acuerdo pagadas a los miembros de la Clase se calcularán del siguiente modo:

El Fondo Neto del Acuerdo se asignará a la Clase. Se sumarán los períodos de pago de todos los Miembros de la Clase y el monto del Fondo Neto del Acuerdo asignado a la Clase se dividirá por el número total de períodos de pago para obtener un monto de Acuerdo por período de pago. La Adjudicación del Acuerdo para cada Miembro de la Clase se calculará multiplicando el número de períodos de pago del miembro individual por el importe del Acuerdo Colectivo por período de pago.

### b.    Cálculo de los Pagos Individuales de los Miembros de la Clase

Su Adjudicación Potencial Total del Acuerdo (es decir, la cantidad mínima que recibirá si no presenta una Solicitud de Exclusión) se calculará utilizando el número total de períodos de pago que trabajó para International Paper durante el Período de la Demanda Colectiva (1 de enero de julio de 2021 y 11 de agosto de 2023). La Adjudicación real del Acuerdo variará en función del número de Miembros de la Clase que se excluyan del Acuerdo.

### c.    ¿Quién recibirá los pagos del Acuerdo?

Cualquier Miembro de la Clase que haya sido empleado de International Paper en California como empleado no exento entre el 1 de julio de 2021 y el 11 de agosto de 2023, y que (1) no haya presentado una Solicitud de exclusión a tiempo; y (2) haya cobrado su cheque de pago del Acuerdo dentro de los ciento ochenta (180) días posteriores al envío de sus cheques de pago del Acuerdo por parte del Administrador de reclamaciones.

### d.    ¿Cuánto puedo esperar recibir?

El pago estimado que figura en este Aviso indica la cantidad estimada que puede esperar recibir si participa en el Acuerdo. Esta cantidad se basa en los registros de empleo de International Paper de su número total de periodos de pago trabajados para International Paper desde el 1 de julio de 2021 y el 11 de agosto de 2023.

No obstante, el importe estimado del pago puede reducirse o aumentarse en función del número de Miembros Participantes de la Clase del Acuerdo, del número de Solicitudes de Exclusión presentadas, de si se identifican o se presentan miembros adicionales de la Clase,

de la posible reasignación de algunos de los fondos no reclamados a los Miembros Participantes de la Clase del Acuerdo y de los términos de la orden de aprobación final del Tribunal.

### (1)   Retenciones fiscales aplicables y responsabilidad fiscal

Las indemnizaciones del Acuerdo a los Miembros Participantes de la Clase debido a su pertenencia a la Clase se asignan a efectos fiscales de la siguiente manera: (1) Una quinta parte (1/5) de cada pago se considerará salario; y (2) cuatro quintas partes (4/5) del pago se tratarán como intereses y penalizaciones. De Acuerdo con las leyes fiscales aplicables de , las retenciones fiscales requeridas se tomarán de cada pago de 1/5 de los Miembros Participantes de la Clase del Acuerdo que represente salarios y se remitirá a las autoridades fiscales correspondientes. Los Miembros Participantes de la Clase del Acuerdo serán responsables de las consecuencias fiscales de todos los pagos recibidos por ellos, de presentar declaraciones e informar de todos los ingresos recibidos a las autoridades fiscales estatales y federales, y del pago de cualquier otro impuesto aplicable debido. Las partes del caso no pueden proporcionar ni proporcionarán asesoramiento alguno en relación con las obligaciones fiscales. Debe solicitar asesoramiento fiscal a su propio asesor fiscal en relación con cualquier cantidad que reciba en virtud del Acuerdo.

### (2)   Importes no reclamados/Cheques no cobrados

Los Miembros de la Clase dispondrán de ciento ochenta (180) días tras el envío de los cheques de pago del Acuerdo por parte del Administrador de reclamaciones para cobrar sus cheques de pago del Acuerdo. Si dichos Miembros de la Clase no cobran sus cheques dentro de este período, el Administrador de Reclamaciones entregará los fondos no reclamados al Fondo de Propiedad No Reclamada del Contralor de California. Independientemente de que dichos Miembros de la Clase reciban o no algún pago por no haber cobrado a tiempo sus cheques de Pago del Acuerdo, los términos del Acuerdo de conciliación serán vinculantes para ellos.

### e.   Pagos adicionales al Demandante nombrado

El Tribunal también ha aprobado de forma preliminar un pago de $7,500 a La Parte Demandante en concepto de indemnización por servicio. La indemnización por servicios se pagará con cargo al importe total del Acuerdo. La indemnización por servicio es para compensar al Demandante por el riesgo en que incurrió y por el tiempo y los esfuerzos que dedicó a ayudar en la tramitación de la Demanda en nombre de los miembros de la Clase y a cambio de la ejecución de un descargo general de todas las reclamaciones contra las partes exoneradas, que es más amplio que el descargo aplicable a los miembros de la Clase del Acuerdo que no son Demandantes nombrados.

### f.   Honorarios de abogados y costas para los Abogados de la Clase

Todos los pagos correspondientes a los honorarios y costes de los abogados del Asesor de la Clase se deducirán del Importe total del Acuerdo. Los abogados de la Clase solicitarán al Tribunal la aprobación definitiva de los honorarios y costas de sus abogados. Los abogados de la Clase solicitarán el reembolso de sus costes de hasta $20,000.00 realmente incurridos en el litigio de este caso y unos honorarios de hasta $125,000.00 El importe de los honorarios y costes concedidos será determinado por el Tribunal, y se pagará con cargo al Importe Total del Acuerdo abonado por International Paper.

### g.   Gastos de administración del Acuerdo

Los costos incurridos por el Administrador de Reclamaciones en relación con la entrega de la Notificación a la Clase, la recepción y determinación de las impugnaciones a los montos estimados del pago del Acuerdo, la recepción y envío al Tribunal y a las partes de las Solicitudes de Exclusión y las cartas de objeción recibidas, si las hubiera, y el cálculo y distribución de los pagos adeudados a los Miembros Participantes de la Clase del Acuerdo y a otras personas con derecho al pago del Acuerdo conforme a los términos del Acuerdo de Conciliación aprobado por el Tribunal, se pagarán del Monto Total del Acuerdo hasta un máximo de $27.500,00. El Administrador de Reclamaciones es

c/o Phoenix Settlement Administrators
P.O. Box 7208, Orange, CA 92863
Teléfono: (800) 523-5773

### h.   Pago a la Agencia de Trabajo y Desarrollo de la Fuerza Laboral de California

Se asignarán $30,000.00 de la Suma Total del Acuerdo como sanciones autorizadas por la Ley General de Abogados Privados, de los cuales $22,500.00 se pagarán a la Agencia de Trabajo y Desarrollo de la Fuerza Laboral de California y $7,500.00 se pagarán a los Miembros de la Clase PAGA, incluidos los miembros de la Clase Secundaria de Reembolso PAGA, de Acuerdo con su parte proporcional, que se calculará y se basará en el número total de períodos de pago que trabajaron como empleados no exentos en California durante el Período PAGA. El Período PAGA es el mismo que el Período de la Demanda Colectiva, del 1 de julio de 2021 al 11 de agosto de 2023. La parte individual se calculará determinando el número total acumulado de períodos de pago en cuestión y dividiendo ese número entre la cantidad de $30,000 asignada a los Miembros de la Clase PAGA para determinar el valor monetario asignado a cada período de pago. Ese número se multiplicará entonces por el número total de periodos de pago del Miembro de la Clase PAGA individual empleado durante el Periodo de Tiempo PAGA para determinar la parte proporcional de ese individuo.

### i.   Todos los pagos sujetos a aprobación judicial

Todos los pagos enumerados anteriormente se efectuarán si y sólo si el Tribunal concede la aprobación definitiva del Acuerdo de conciliación basándose en su conclusión de que el Acuerdo es razonable, justo y adecuado para la Clase. Los importes de los pagos podrán ser ajustados por el Tribunal.

3

| 5. | ¿CUÁLES SON MIS OPCIONES? |
|---|---|

Puede participar en el Acuerdo, en cuyo caso no es necesario que realice ninguna acción, ya que se producirá automáticamente. Alternativamente, puede solicitar la exclusión del Acuerdo u oponerse al mismo. La opción que elija afectará a si recibe un pago del Acuerdo y a si renuncia a ciertos derechos. Estas opciones también se resumen en el cuadro de la primera página de este Aviso.

**a.    ¿CÓMO PUEDO SOLICITAR QUE SE ME EXCLUYA DEL ACUERDO?**

Si no desea participar en el Acuerdo, puede excluirse enviando una Solicitud de Exclusión al Administrador de Reclamaciones en la que figure su nombre, dirección y los cuatro últimos dígitos de su número de la seguridad social junto con la siguiente declaración:

"Deseo ser excluido del Acuerdo Colectivo *Gutiérrez contra International Paper"*.

La Solicitud de Exclusión deberá cumplimentarse, firmarse, fecharse y devolverse al Administrador de Siniestros de la siguiente forma:

Gutiérrez contra International Paper
c/o Phoenix Settlement Administrators
P.O. Box 7208, Orange, CA 92863

Cualquier persona que presente una Solicitud de Exclusión a tiempo, una vez recibida, dejará de ser miembro de la Clase del Acuerdo, no podrá participar en ninguna parte del Acuerdo y no recibirá dinero alguno del Acuerdo. Cualquiera de estas personas, a sus expensas, podrá entablar cualquier Demanda que pueda tener contra International Paper. Sin embargo, existen plazos para perseguir tales reclamaciones, conocidos como estatutos de limitación. Por favor, consulte a un abogado de su elección para asegurarse de que no se le prohíbe para siempre presentar una reclamación si decide optar por no participar en este Acuerdo.

Un Miembro de la Clase que no cumplimente y envíe por correo a tiempo una Solicitud de Exclusión será incluido automáticamente en el Acuerdo, recibirá una parte individual del Acuerdo y quedará vinculado por todos los términos y condiciones del Acuerdo, si el Acuerdo es aprobado por el Tribunal, y por la Sentencia, independientemente de si se ha opuesto al Acuerdo.

**LA SOLICITUD DE EXCLUSIÓN DEBERÁ LLEVAR MATASELLOS NO POSTERIOR AL 13 DE MAYO DE 2024.**

**b.    ¿CÓMO ME OPONGO AL ACUERDO?**

Puede oponerse a los términos del Acuerdo antes de su aprobación definitiva. Si decide objetar al Acuerdo, puede representarse a sí mismo o contratar a su propio abogado. Debe presentar una objeción por escrito y una notificación de su intención de comparecer en la Audiencia de Aprobación Definitiva descrita más adelante en la Sección 10. Debe enviar estos documentos, junto con cualquier escrito, pruebas documentales y/u otro material que desee que el Tribunal considere al Administrador de Reclamaciones.

Cualquier objeción debe indicar cada razón específica de su objeción y cualquier apoyo legal para cada objeción. Para ser válida y efectiva, cualquier objeción al Acuerdo propuesto debe enviarse al Administrador de Reclamaciones y llevar matasellos de 13 de mayo de 2024 .

Si ha cumplido los requisitos establecidos anteriormente, tiene derecho a dirigirse al Tribunal en la audiencia programada para el 24 de junio de 2024, a las 1:30 p.m. ante el Honorable John F. Walter, Tribunal de Distrito de los Estados Unidos, Distrito Central de California, 350 W. 1st Street, Los Ángeles, CA 90012, Sala 7A. Para que sus objeciones sean consideradas, no puede presentar también una Solicitud de Exclusión.

**SI EL TRIBUNAL RECHAZA SU OBJECIÓN Y APRUEBA EL ACUERDO, USTED QUEDARÁ OBLIGADO POR LOS TÉRMINOS DEL ACUERDO.**

| 6. | RECLAMACIONES EXONERADAS -- ¿A QUÉ RENUNCIARÉ SI PARTICIPO EN EL ACUERDO? |
|---|---|

Tras la aprobación final del Acuerdo por parte del Tribunal, cada miembro de la Clase del Acuerdo (salvo los que opten por no participar), habrá eximido de todas las reclamaciones, Demandas, derechos, responsabilidades, costes, sanciones, intereses y honorarios de abogados por todas las reclamaciones de la Demanda, la notificación PAGA y las reclamaciones que podrían haberse alegado derivadas de hechos, conductas y/u omisiones operativas similares, incluidas, entre otras, las reclamaciones por (1) reembolsos impagados; (2) infracciones de las declaraciones salariales; (3) salarios impagados, incluidos salarios mínimos, salarios regulares, horas extraordinarias y salarios dobles por horas extraordinarias; (4) no proporcionar periodos de comida o primas por periodos de comida; (5) no proporcionar periodos de descanso o primas por periodos de descanso; (6) no pagar puntualmente todos los salarios debidos tras la separación del empleo; (7) no mantener y proporcionar registros precisos; (8) prácticas comerciales desleales basadas en supuestas violaciones del Código Laboral de California; (9) sanciones en virtud de la Ley General de Abogados Privados de California ("PAGA"). Las Reclamaciones Exoneradas no cubren ni incluyen (1) reclamaciones por Indemnización Laboral, (2) reclamaciones por desempleo o pagos por incapacidad, (3) reclamaciones por discriminación, represalias o acoso bajo el Título VII o la Ley de Empleo y Vivienda Justos de California, (4) reclamaciones por agravio, o (5) cualquier otra reclamación que no pueda ser exonerada por ley. Las Reclamaciones Exoneradas regirán durante todo el Periodo de la Demanda Colectiva. A partir de la Fecha de Entrada en Vigor del Acuerdo, se considerará que cada Miembro de la Clase que no haya presentado una Solicitud de Exclusión válida ha exonerado, renunciado y liberado de forma plena, definitiva y para siempre todas las Reclamaciones Exoneradas. Esta renuncia y exoneración de reclamaciones será vinculante para el Demandante Nombrado y todos los miembros de la Clase que no hayan presentado a tiempo una Solicitud de Exclusión válida, incluidos cada uno de sus respectivos abogados, agentes, cónyuges, albaceas, representantes, tutores ad litem, herederos, sucesores y cesionarios, y redundará en beneficio de las Partes Exoneradas.

Se considerará que los Miembros de la Clase que no se excluyan del Acuerdo han aceptado la exoneración y han renunciado a todas y cada una de las Reclamaciones Exoneradas contra las Partes Exoneradas.

Las "Partes Exoneradas" significan International Paper Company y cualesquiera agentes, funcionarios, directores, accionistas, sociedades matrices, subsidiarias, filiales, socios, inversores, propietarios, organizaciones relacionadas, abogados, predecesores o sucesores en interés, aseguradores y cesionarios, y todos los agentes, empleados, funcionarios, directores, miembros, gerentes, sociedades de cartera, aseguradores y abogados de los mismos.

| 7. | ¿ESTARÉ SUJETO A MEDIDAS DISCIPLINARIAS EN FUNCIÓN DE SI PARTICIPO O NO EN EL ACUERDO? |
|---|---|

La ley de California protege a los individuos y empleados de represalias basadas en su decisión de participar o no en un Acuerdo de Demanda colectiva. La ley prohíbe a International Paper tomar represalias de cualquier tipo basadas en su decisión de participar o no en el Acuerdo. Su decisión de participar, no participar u objetar a este Acuerdo no afectará a su empleo en International Paper ni al trato que International Paper le dé como antiguo empleado.

| 8. | ¿QUIÉNES SON LOS ABOGADOS QUE REPRESENTAN A LAS PARTES? |
|---|---|

Abogados de la parte Demandante y de la Clase:

Brandon K. Brouillette
Zachary M. Crosner
Jamie Serb
CROSNER LEGAL, PC
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, CA 90210
Teléfono: (310) 496-5818
Correo electrónico: bbrouillette@crosnerlegal.com
        zach@crosnerlegal.com
        jamie@crosnerlegal.com

Abogados de International Paper:

Danielle H. Moore
Aaron F. Olsen
Christopher M. Champine
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 100
San Diego, CA 92121
Teléfono: 858.597.9601
Correo Electrónico: dmoore@fisherphillips.com
        aolsen@fisherphillips.com
        cchampine@fisherphillips.com

| 9. | ¿DÓNDE PUEDO OBTENER INFORMACIÓN ADICIONAL? |
|---|---|

Este Aviso sólo resume esta Demanda, el Acuerdo y los asuntos relacionados. Para conocer los términos y condiciones precisos del Acuerdo, consulte el Acuerdo de conciliación, los documentos de aprobación (incluida la petición de honorarios de abogados y costas) y otros documentos de esta Demanda, accediendo a gutierrez-v-international-paper-company.phoenixcases.com, poniéndose en contacto con los abogados de la Clase de Demandantes a través de los datos de contacto indicados anteriormente, poniéndose en contacto con el administrador del Acuerdo a través de los datos de contacto indicados a continuación, accediendo al expediente judicial de este caso (previo pago) a través del sistema de acceso público a los registros electrónicos del tribunal (PACER) en https://ecf.cand.uscourts.gov, o visitando la oficina del Secretario del Tribunal del Tribunal de Distrito de los Estados Unidos para el Distrito Central de California, 350 W. 1st Street, Los Angeles, CA 90012, entre las 9:00 a.m. y las 4:00 p.m., de lunes a viernes, excluyendo los días festivos del Tribunal.

Si desea más información, póngase en contacto con el siguiente Administrador de Reclamaciones tercero neutral designado por el tribunal:

**Administrador de Reclamaciones de Gutiérrez contra International Paper**
**c/o Phoenix Settlement Administrators**
**P.O. Box 7208**
**Orange, CA 92863**
**Teléfono: (800) 523-5773**

| 10. | AUDIENCIA DE APROBACIÓN DEFINITIVA |
|---|---|

El Tribunal de Distrito de los Estados Unidos, Distrito Central de California, celebrará una audiencia en la Sala 7A ubicada en 350 W. 1st Street, Los Ángeles, CA 90012, el 24 de junio de 2024, a la 1:30 p.m., para determinar si el Acuerdo debe ser aprobado definitivamente como justo, razonable y adecuado. Se solicitará al Tribunal que apruebe la solicitud de los Abogados de la Demanda Colectiva de honorarios de abogados y costas procesales, así como la indemnización por servicios que se pagará al Demandante. La audiencia podrá continuar sin previo aviso a la Clase del Acuerdo. No es necesario que comparezca en esta vista a menos que se oponga al Acuerdo propuesto y haya presentado a tiempo una objeción ante el administrador de reclamaciones. Siga consultando el sitio web PACER del Tribunal y/o el sitio web del Administrador para confirmar si la fecha y hora de la audiencia de aprobación definitiva han cambiado.

**POR FAVOR, NO LLAME POR TELÉFONO AL TRIBUNAL PARA OBTENER INFORMACIÓN RELATIVA A ESTE ACUERDO O AL PROCESO DE RECLAMACIÓN.**

# Exhibit B

| CASE ASSUMPTIONS | |
|---|---|
| Class Members | 3488 |
| Opt Out Rate | 0% |
| Opt Outs Received | 0 |
| Total Class Claimants | 3488 |
| Subtotal Admin Only | **$27,925.14** |
| **TOTAL COSTS** | **$27,500.00** |

# PHOENIX

## CLASS ACTION ADMINISTRATION SOLUTIONS

**May 17, 2024**

## Case: Gutierrez v. International Paper Company

### Case & Database Setup / Toll Free Setup & Call Center / NCOA (USPS)

| Administrative Tasks: | Rate | Hours/Units | Line Item Estimate |
|---|---|---|---|
| Programming Manager | $125.00 | 5 | $625.00 |
| Programming Database & Setup | $125.00 | 5 | $625.00 |
| Toll Free Setup* | $140.00 | 1 | $140.00 |
| Call Center & Long Distance | $2.00 | 349 | $697.60 |
| NCOA (USPS) | $0.15 | 3488 | $523.20 |
| | | **Total** | **$2,610.80** |

### Data Merger & Scrub / Notice Packet, Opt-Out Form & Postage /Translation

| Project Action | Rate | Hours/Units | Line Item Estimate |
|---|---|---|---|
| Notice Packet Formatting | $125.00 | 5 | $625.00 |
| Data Merge & Duplication Scrub | $0.15 | 3,488 | $523.20 |
| Notice Packet & Opt-Out Form | $0.95 | 3,488 | $3,313.60 |
| Estimated Postage (up to 1 oz.) | $0.87 | 3,488 | $3,034.56 |
| Language Translation | $0.30 | 3,261 | $978.30 |
| Static Website | $250.00 | 1 | $250.00 |
| | | **Total** | **$8,724.66** |

### Skip Tracing & Remailing Notice Packets / Tracking & Programming Undeliverables

| Project Action: | Rate | Hours/Units | Line Item Estimate |
|---|---|---|---|
| Case Associate | $55.00 | 5 | $275.00 |
| Skip Tracing Undeliverables | $1.00 | 368 | $368.00 |
| Remail Notice Packets | $0.95 | 368 | $349.60 |
| Estimated Postage | $0.87 | 368 | $320.16 |
| Programing Undeliverables | $50.00 | 6 | $300.00 |
| | | **Total** | **$1,612.76** |

### Database Programming / Processing Opt-Outs, Deficiencies or Disputes

| Project Action: | Rate | Hours/Units | Line Item Estimate |
|---|---|---|---|
| Programming Claims Database | $135.00 | 5 | $675.00 |
| Non Opt-Out Processing | $200.00 | 2 | $400.00 |
| Case Associate | $55.00 | 5 | $275.00 |
| Opt-Outs/Deficiency/Dispute Letters | $5.00 | 1 | $5.00 |
| Case Manager | $85.00 | 5 | $425.00 |
| | | **Total** | **$1,780.00** |

## Calculation & Disbursement Programming/ Create & Manage QSF/ Mail Checks

| Project Action: | Rate | Hours/Units | Line Item Estimate |
|---|---|---|---|
| Programming Calculations | $135.00 | 5 | $675.00 |
| Disbursement Review | $135.00 | 5 | $675.00 |
| Programming Manager | $95.00 | 4 | $380.00 |
| QSF Fees, Bank Account & EIN | $100.00 | 3 | $300.00 |
| Check Run Setup & Printing | $125.00 | 8 | $1,000.00 |
| Mail Class Checks, W2 and 1099 * | $1.00 | 3,488 | $3,488.00 |
| Estimated Postage Checks, W2 and 1099 | $0.64 | 3,488 | $2,232.32 |
| | | **Total** | **$8,750.32** |

* Checks are printed on 8.5 x 11 in. sheets with W2/1099 Tax Filing

## Tax Reporting & Reconciliation / Re-Issuance of Checks / Conclusion Reports and Declarations

| Project Action: | Rate | Hours/Units | Line Item Estimate |
|---|---|---|---|
| Case Supervisor | $125.00 | 5 | $625.00 |
| Remail Undeliverable Checks (Postage Included) | $2.62 | 180 | $471.60 |
| Case Associate | $60.00 | 6 | $360.00 |
| Reconcile Uncashed Checks | $85.00 | 9 | $765.00 |
| Conclusion Reports | $115.00 | 2 | $230.00 |
| Case Manager Conclusion | $85.00 | 2 | $170.00 |
| Final Reporting & Declarations | $115.00 | 1 | $115.00 |
| Unchashed Check Notice Postcard (Postage Included) | $1.50 | 40 | $60.00 |
| Uncashed Check QSF Tax Filing | $150.00 | 3 | $450.00 |
| IRS & QSF Annual Tax Reporting * (State Tax Reporting Included) | $1,200.00 | 1 | $1,200.00 |
| | | **Total** | **$4,446.60** |

* All applicable California State & Federal taxes, which include SUI, ETT, and SDI, and FUTA filings. Additional taxes are Defendant's responsibilty.

| | | **Total:** | **$27,925.14** |