UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 22-8460-JFW(RAOx)**                                                   Dated: **June 24, 2024**

Title:     Rodolfo Gutierrez -v- International Paper Company, et al.

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Brandon Kyle Brouillette                    Christopher M. Champine

**PROCEEDINGS:**   **MOTION FOR FINAL APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT [63] Filed 5/21/24**

**MOTION FOR ATTORNEY'S FEES AND COSTS [64] Filed 5/21/24**

Case called, and counsel make their appearance.

For the reasons stated on the record, the Court grants:

- Motion for Final Approval of Class and Representative Action Settlement [63] Filed 5/21/24

- Motion for Attorney's Fees and Costs [64] Filed 5/21/24

Accordingly, the Court signs the proposed order Granting Motion for Final Approval of Class and Representative Action Settlement and Granting Motion for Attorney's Fees and Costs.

Counsel shall meet and confer and file a joint proposed judgment by July 9, 2024.

Initials of Deputy Clerk    sr

0/15